**Order issued September 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-12-00032-CR**
_____

**LYDIA L. CURTIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Fillmore, and Lewis

Based on the Court's opinion of this date, we **GRANT** the March 4, 2013 motion of Courtney C. Miller for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Courtney C. Miller as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Lydia L. Curtis, LE# 178200, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas, 75071.

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE